IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA　　　　*

　v.　　　　　　　　　　　　　　*　　WDQ-13-192

Rodney Ellis　　　　　　　　　　*

*　*　*　*　*　*　*　*　*　*　*　*

## MOTION TO WITHDRAWL

Rodney Ellis, by and through counsel, C. Justin Brown, hereby moves this Honorable Court to strike the appearance of undersigned counsel in this case. Mr. Ellis has replaced undersigned counsel with Flynn Owens, Esq., who has already entered his appearance in the above-captioned case. (A Motion to Withdraw was previously filed under the magistrate complaint number, but it had not been ruled upon).

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　C. Justin Brown
　　　　　　　　　　　　　　　　The Law Office of C. Justin Brown
　　　　　　　　　　　　　　　　231 E. Baltimore St., Suite 1102
　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　Tel: (410) 244-5444
　　　　　　　　　　　　　　　　Fax: (410) 934-3208

## CERTIFICATE OF SERVICE

I hereby certify that on this day, May 8, 2013, a copy of the foregoing was served on all of the parties in this case via ECF.

_____/s/_____
C. Justin Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | WDQ-13-192 |
| Rodney Ellis | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

It is hereby ORDERED, on this ___ day of May, 2013, that C. Justin Brown's appearance on behalf of the Defendant is stricken in this matter.

_____
Judge