**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No. WDQ 13-192** |
| **GREYLING CHASE, et al.** | * | |
| **Defendant.** | * | |

...oOo...

**GOVERNMENT'S MOTION FOR EXCLUSION OF TIME**
**FROM SPEEDY TRIAL ACT COMPUTATIONS**

Comes now the United States of America, by and through its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Clinton J. Fuchs, Assistant United States Attorney for said district, and respectfully submits this Motion for Exclusion of Time From Speedy Trial Act Computations and in support, submits the following:

1. On April 9, 2013, the defendants, Greyling Chase and Rodney were charged via criminal complaint with conspiracy to possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 846; and conspiracy to possess a firearm in furtherance of a crime of violence and drug trafficking offense, in violation of 18 U.S.C. § 924(o). Both defendants had their initial appearances before the Court on April 9, 2013.

2. On April 18, 2013, the defendants were charged in a five-count indictment with conspiracy to possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 846; conspiracy to interfere with commerce by robbery, in violation of 18 U.S.C. § 1951; conspiracy to possess a firearm in furtherance of a crime of violence and drug trafficking offense, in violation of 18 U.S.C. § 924(o); possession of a firearm in furtherance of a crime of violence and drug trafficking offense in violation of 18 U.S.C. § 924(c); and possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g).

3. The defendants have been arraigned and pre-trial motions have been filed. The Court has requested an update on this matter within 90 days.

4. Under the Speedy Trial Act, a criminal defendant must be brought to trial within seventy days of the later of either the filing of an indictment or the first appearance before a judicial officer of the court in which the charge is pending. 18 U.S.C. § 3161(c)(1).

5. The Speedy Trial Act permits a trial court to continue a trial date beyond the seventy-day limit if such continuance is granted by the Court on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In deciding whether to grant such a continuance, the Court may consider, *inter alia,* whether the failure to grant the continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

6. Here, production of discovery has begun and the parties expect to begin plea negotiations in the near future. Given the time required to allow counsel for the parties to review discovery, conduct a full investigation of the crimes charged, prepare motions, and to engage in plea negotiations, the parties believe that holding a trial within 70 days would deny counsel for the defendant and the attorney for the Government the reasonable time necessary for effective preparation. Thus, the Government submits that the ends of justice served by continuing the trial of this matter beyond the speedy trial date outweigh the interests of the defendant, and the public, in a speedy trial, and, therefore, the resulting delay is permissible pursuant to 18 U.S.C. § 3161(h)(7).

7. Counsel for the defendants consent to the Government's motion.

WHEREFORE, the Government requests that the time from June 10, 2013 to August 30, 2013, be excluded from Speedy Trial Act computations as to both defendants.  A proposed order is submitted herewith.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
James T. Wallner
Clinton J. Fuchs
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2013, I electronically filed the foregoing with the Clerk of Court via CM/ECF.