IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| GREYLING CHASE, et al. | * | Criminal No. WDQ 13-192 |
| Defendant. | * | |

...oOo...

## ORDER

Upon consideration of the Government's Motion for Exclusion of Time from Speedy Trial Computations, the Court finds as follows:

Under the provisions of the Speedy Trial Act, the Court may continue a defendant's trial beyond the seventy-day period if the interests of justice served by such a delay outweigh the interests of the defendant, and the public, in a speedy trial.

Here, the Defendants were indicted on April 18, 2013.  Trial in this matter is scheduled to begin on April 28, 2014.

Given that the parties are currently reviewing discovery, investigating the charges and are engaged in plea negotiations, trial within 70 days would deny counsel for the defendant and the attorney for the Government the reasonable time necessary for effective preparation.  Therefore, the interests of justice served by such a delay do outweigh the interests of the defendant, and the public, in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

Therefore, it is hereby **ORDERED** pursuant to 18 U.S.C. § 3161(h)(7), that the period from October 23, 2013 to April 28, 2014, shall be excluded from computation under the Speedy Trial Act as to both defendants.

The Clerk of the Court shall mail a copy of this Order to all counsel of record.

__11/5/13__  
Date

__/s/__  
The Honorable William D. Quarles  
United States District Judge